UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 8, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**DEFAULT JUDGMENT IN A CIVIL CASE**

Arista Records LLC et al

v.     CASE NUMBER: 2:06-cv-0873 MCE EFB

Billops

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT DEFAULT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/8/07 AGAINST WILLIE BILLOPS.**

Victoria C. Minor,
Clerk of the Court

ENTERED:   March 8, 2007

by:__/s/ J. Donati_____
J. Donati, Deputy Clerk